# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-1300

_____

Teressa Davis

*Plaintiff - Appellant*

v.

MO Jackson County

*Defendant*

Sixteenth Judicial Court

*Defendant - Appellee*

Arthurine Criswell, in their individual and official capacities; Mary Marquez, in their individual and official capacities; Randy Krueger, in their individual and official capacities; Diane Turner, in their individual and official capacities

*Defendants*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: March 4, 2019
Filed: March 7, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Teressa Davis appeals following the district court's[1] adverse grant of judgment in her employment action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.

Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.